**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**BLANCA TRINIDAD ALFARO DE ORTIZ,**

**Petitioner,**

**v.**

**Civil No. 2:26cv1252**

**ROBERT GUADIAN,** ***Field Office Director, U.S. Immigration and Customs Enforcement, etc., et al.,***

**Respondents.**

**ORDER**

Petitioner, Blanca Trinidad Alfaro de Ortiz, by counsel, has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging her immigration detention. ECF No. 1.

It appearing to the Court that the factual circumstances and legal issues presented in the Petition may be similar to those presented in other recent habeas cases filed in this Court challenging immigration arrests or detentions, it is hereby

**ORDERED** that Petitioner IS NOT to be removed from the United States or transferred from this District for any reason during the pendency of this action unless and until this Court issues an order to the contrary; and it is further

**ORDERED** that if Petitioner has been relocated prior to entry of this Order, Respondents are to IMMEDIATELY advise the Court and Petitioner's counsel of Petitioner's current location; and it is further

**ORDERED** that **on or before November 19, 2026,** Respondent file a response to the Petition; and it is further

**ORDERED** that Petitioner shall file any reply in further support of the Petition **on or before November 30, 2026**.

The Clerk is directed to forward a copy of this Order to counsel for Petitioner and to the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 9th day of November, 2026.

/s/ MSD

Mark S. Davis
United States District Judge